**Donald WICKERHAM,
Claimant/Appellant,**

v.

**INTEGRAM–ST. LOUIS SEATING,
INC., Employer,**

**and**

**Manpower, Inc., Employer/Respondent,**

**and**

**Treasurer of the State of Missouri, as
Custodian of the Second Injury
Fund, Additional Party.**

**No. ED 81004.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 21, 2003.

C. Marshall Friedman, Kenneth E. Rudd, Thomas P. McDermott, St. Louis, MO, for appellant.

Christopher T. Archer, Archer & Associates, L.L.C., St. Louis, MO, for respondent.

Mary Jennifer Sommers, St. Louis, MO, for additional party.

Before PAUL J. SIMON, P.J., GARY M. GAERTNER, SR., J. and KATHIANNE KNAUP CRANE, J.

### ORDER

PER CURIAM.

Claimant appeals from the Temporary or Partial Award of the Labor and Industrial Relations Commission, finding his previous employer not liable for paying compensation. We affirm. The findings and conclusions of the Commission are supported by competent and substantial evidence on the whole record. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished, for their information only, with a memorandum setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).